**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 03-27-GF-BMM-JTJ |
| Plaintiff, | **FINDINGS AND RECOMMENDATIONS** |
| vs. | |
| JAMES DANIEL MURPHY, | |
| Defendant. | |

## I.  Synopsis

Defendant James Daniel Murphy (Murphy) has been accused of violating the conditions of his supervised release.  Murphy admitted all of the alleged violations.  Murphy's supervised release should be revoked.  Murphy should be placed in custody for 12 months, with 48 months of supervised release to follow. The sentence imposed in this case should run concurrent with the sentences imposed in Causes CR 02-35-GF-BMM-JTJ and CR 02-51-GF-BMM-JTJ. Murphy should serve his term of custody at the Federal Medical Center in Rochester, Minnesota given his unique medical needs.

## II.  Status

Murphy was convicted of Conspiracy to Distribute Methamphetamine, and Conspiracy to Distribute Marijuana on August 12, 2003, following a jury trial.

(Doc. 243). The Court sentenced Murphy to 210 months of custody, followed by 5 years of supervised release. (Doc. 320). Murphy's current term of supervised release began on November 14, 2018. (Doc. 662 at 2).

**Petition**

The United States Probation Office filed an Petition on May 25, 2021, requesting that the Court revoke Murphy's supervised release. (Doc. 662). The Petition alleges that Murphy violated the conditions of his supervised release: 1) by possessing methamphetamine and marijuana; 2) by committing another crime; 3) by failing to report for substance abuse testing; and 4) by failing to report for substance abuse treatment.

**Initial appearance**

Murphy appeared before the undersigned for his initial appearance on June 8, 2021. Murphy was represented by counsel. Murphy stated that he had read the petition and that he understood the allegations. Murphy waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a joint revocation hearing on June 17, 2021, in this case, in Cause CR 02-35-GF-BMM-JTJ and in Cause CR 02-51-GF-BMM-JTJ.

Murphy admitted that he had violated the conditions of his supervised release: 1) by possessing methamphetamine and marijuana; 2) by committing another crime; 3) by failing to report for substance abuse testing; and 4) by failing to report for substance abuse treatment. The violations are serious and warrant revocation of Murphy's supervised release.

Murphy's violations are Grade B violations. Murphy's criminal history category is V. Murphy's underlying offenses in this case are Class A and D felonies. Murphy's underlying offense in Cause CR 02-35-GF-BMM-JTJ is a Class C felony. Murphy's underlying offense in Cause CR 02-51-GF-BMM-JTJ is a Class D felony. Murphy could be incarcerated for up to 60 months. Murphy could be ordered to remain on supervised release for up to 60 months, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 18 to 24 months in this case.

### III.  Analysis

Murphy's supervised release should be revoked. Murphy should be incarcerated for 12 months, with 48 months of supervised release to follow. This sentence is sufficient but not greater than necessary. The sentence imposed in this case should run concurrent with the sentences imposed in Causes CR 02-35-GF-BMM-JTJ and CR 02-51-GF-BMM-JTJ.

## IV.  Conclusion

The Court informed Murphy that the above sentence would be

recommended to United States District Judge Brian Morris.  The Court also

informed Murphy of his right to object to these Findings and Recommendations

within 14 days of their issuance.  The Court explained to Murphy that Judge

Morris would consider a timely objection before making a final determination on

whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS:**

> That James Daniel Murphy violated the conditions of his supervised release:
> by possessing methamphetamine and marijuana; by committing another
> crime; by failing to report for substance abuse testing; and by failing to
> report for substance abuse treatment.

The Court **RECOMMENDS:**

> That the District Court revoke Murphy's supervised release and commit
> Murphy to the custody of the United States Bureau of Prisons for 12
> months, with 48 months of supervised release to follow.  Murphy should
> serve his term of custody at the Federal Medical Center in Rochester,
> Minnesota given his unique medical needs.  The sentence imposed in this
> case should run concurrent with the sentences imposed in Causes CR 02-35-
> GF-BMM-JTJ and CR 02-51-GF-BMM-JTJ.

### NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and

Recommendations within 14 days of their entry, as indicated on the Notice of

4

Electronic Filing.  28 U.S.C. § 636(b)(1).  A United States district judge will make

a de novo determination regarding any portion of the Findings and

Recommendations to which objection is made.  The district judge may accept,

reject, or modify, in whole or in part, the Findings and Recommendations.  Failure

to timely file written objections may bar a de novo determination by the district

judge, and may waive the right to appear and allocute before a district judge.

DATED this 21st day of June, 2021.

John Johnston
United States Magistrate Judge